1  STUART R. FRAENKEL (SBN #173991)
   JENNIFER JOHNSTON TERANDO (SBN 212617)
2  **KREINDLER & KREINDLER LLP**
   707 Wilshire Boulevard, Suite 4100
3  Los Angeles, CA 90017
   (213) 622-6469 Office Phone
4  (213) 622-6019 Facsimile
   Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| LORI REZABEK-KELLS, individually, as Successor in Interest, as Personal Representative of the Estates of PAUL KELLS and CONNOR KELLS, deceased, and as GUARDIAN AD LITEM for MARGARET KELLS and LAUREN KELLS, minors, <br><br>DONALD RUETZ, individually, as Successor in Interest, and as Personal Representative of the Estates of CYNTHIA RUETZ, RAYMOND RUETZ, and TYLER RUETZ, deceased, VANESSA GERMANI, DANIEL NELSON and DONALD NELSON, individually and as Successors in Interest of the Estate of CYNTHIA RUETZ, <br><br>Plaintiffs, <br><br>vs. <br><br>PILATUS AIRCRAFT, LTD., PILATUS BUSINESS AIRCRAFT, LTD., PRATT & WHITNEY CANADA CORP., GG AIRCRAFT LLC, DOES 1-25, <br><br>Defendants. | 08-3795 <br>Case No.: 3:~~07-CV-04902~~-TEH <br><br>**NOTICE OF DISMISSAL** <br>**PURSUANT TO RULE 41 F.R.C.P.** |

- 1 -

258035.WPD

NOTICE OF DISMISSAL PURSUANT TO RULE 41 F.R.C.P.
*Kells, et al. v. Pilatus Aircrft, LTD, et al.*

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: Please take notice** that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss defendants Pilatus Aircraft, LTD. and Pilatus Business Aircraft, LTD. without prejudice and without cost to either party as against the other. Neither Pilatus Aircraft, LTD or Pilatus Business Aircraft, LTD. have appeared in this matter.

Dated: 11/24, 2009

Stuart R. Fraenkel (173991)
**KREINDLER & KREINDLER LLP**
707 Wilshire Blvd., Suite 4100
Los Angeles, CA 90017
*Attorneys for Plaintiffs, Lori Kells, individually and as guardian ad litem for Margaret and Lauren Kells, minors, Donald Ruetz, Vanessa Germani, Daniel Nelson and Donald Nelson*

The Court has reviewed the Notice of Dismissal set forth above and finds it to be in order in the interests of justice in this matter. Therefore,

IT IS ORDERED that:

1. This action is dismissed, without prejudice, against Pilatus Aircraft, LTD. and Pilatus Business Aircraft, LTD.; and

2. Each party bears his, her, or its own costs.

Dated: December 1, 2009

Judge Thelton E. Henderson
United States District Court
Northern District of California

258035.WPD

NOTICE OF DISMISSAL PURSUANT TO RULE 41 F.R.C.P.
*Kells, et al. v. Pilatus Aircrft, LTD, et al.*